**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee, | ) ) ) | |
| | ) | Case No. 24-cv-2277 |
| *Plaintiffs,* | ) | |
| v. | ) | Judge Georgia N. Alexakis |
| | ) | |
| SHEETS ENTERPRISES, INC., f/k/a RAPID INDUSTRIES, INC., a Kentucky corporation, | ) ) ) | Magistrate Judge Jeannice W. Appenteng |
| | ) | |
| *Defendant.* | ) | |

**PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

NOW COME Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund (the "Pension Fund") and Charles A. Whobrey, trustee, and hereby request the Court grant leave to file certain exhibits under seal. In support thereof, Plaintiffs state as follows:

1.      On June 26, 2026, Plaintiffs will file a Joint Statement of Material Facts for Purposes of Plaintiffs' Motion for Summary Judgment (the "Statement") along with several supporting exhibits.

2.      On September 17, 2025, the Court entered an *Agreed Confidentiality Order* (the "Confidentiality Order"). (Dkt. No. 50.)

3.      In connection with the Confidentiality Order, Defendant designated certain documents as confidential that the Pension Fund now seeks to file in connection with the statement. Specifically, those documents are:

1

| Document | Bates Numbers | Intended Exhibit |
|---|---|---|
| Asset Purchase Agreement of September 15, 2016, and schedules and attachments thereto | Sheets Enterprises – 000054–0152 | Exhibit C |
| Unanimous Written Action Taken by the Board of Directors and Shareholders of Rapid Industries, Inc. of September 15, 2016 | Sheets Enterprises – 000052–000053 | Exhibit E |
| Estimated Proceeds document dated July 28, 2016 | Sheets Enterprises - 000049 | Exhibit G |
| Estimated Net Proceeds b/f Tax document dated August 31, 2016 | Sheets Enterprises – 000208 | Exhibit H |

4.      As good cause for this motion, Plaintiffs state that the above documents were designated by Defendant's counsel as containing "Confidential Information" pursuant to Paragraphs 2 and 3 of the Confidentiality Order.

5.      Plaintiffs' counsel has conferred with Defendant's counsel, who requested that the above documents be filed under seal. For the avoidance of doubt, Defendants do not oppose this motion.

6.      As a result, Plaintiffs request to file the entirety of Exhibits C, E, G, and H under seal. Plaintiffs further state that they will file a public-record version of the Statement as contemplated by Local Rule 26.2(c)(1).

**[Remainder of Page Intentionally Left Blank]**

3

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs leave to file the above-described exhibits under seal.

Respectfully submitted,

*/s/ Jennifer K. O'Rourke*
Jennifer K. O'Rourke (6349608)
Daniel E. Sullivan (6330522)
CENTRAL STATES FUNDS
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, Illinois 60631
847-939-2323
jorourke@centralstatesfunds.org
dsullivan@centralstatesfunds.org

June 26, 2026                               *ATTORNEYS FOR PLAINTIFFS*

3