**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Central States Southeast And Southwest Areas
Pension Fund, et al.

                                         Plaintiff,

v.
                                                Case No.:
1:24−cv−02277
Honorable Georgia
N. Alexakis

Sheets Enterprises, Inc., f/k/a Rapid Industries, Inc.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 29, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: The Court grants Plaintiffs' unopposed motion for leave to file Exhibits under seal [60]. The 7/7/2026 presentment hearing is vacated. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.